IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80245 WHA

IN THE MATTER OF

In the Matter of Paul Daniel Seeman - #091503

/

**ORDER OF SUSPENSION**

    Because Paul Daniel Seeman has failed to respond to the order to show cause, Mr. Seeman's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: January 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE